STATE OF HAWAII, BY BERT T. KOBAYASHI, ITS ATTORNEY GENERAL *v.* HEIRS OF HALEMANO KAPAHI AND LUKA HALEMANO, ET AL.

No. 4332.

October 19, 1964.

TSUKIYAMA, C. J., CASSIDY, WIRTZ, JJ., CIRCUIT JUDGE KING, IN PLACE OF LEWIS, J., DISQUALIFIED, AND CIRCUIT JUDGE OKINO, IN PLACE OF MIZUHA, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument.

*Bert T. Kobayashi,* Attorney General and *Robert K. Richardson,* Special Deputy Attorney General for the petition.